# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-14476-ref |
| | ) | |
| Robert H. Slagle and Linda K. Slagle | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COMES Cadles of West Virginia LLC and requests to be placed on the mailing matrix of this case. The address is as follows:

Cadles of West Virginia LLC
Attention: 0A090196
100 North Center Street
Newton Falls, OH  44444-1321

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

Date: July 25, 2016

By: /s/ *Jim Medallis*
Name: Jim Medallis
Its: Account Officer
Cadles of West Virginia LLC
100 North Center Street
Newton Falls, OH  44444
(888) 462-2353, Extension 3276
jim.medallis@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-14476-ref |
| | ) | |
| Robert H. Slagle and Linda K. Slagle | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Notice of Appearance and Request for Notice was deposited in the United States mail, first class, postage prepaid, on July 25, 2016 unless notified electronically via the Notice of Filing, addressed to the following:

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606

John A. DiGiamberardino, Esq.
Case & DiGiamberardino, P.C.
845 North Park Road, Suite 101
Wyomissing, PA  19610

/s/ *Kathleen J. Bryner*
Kathleen J. Bryner, Bankruptcy Secretary