United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 12-14476-ref
Robert H. Slagle                                                Chapter 13
Linda K. Slagle
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa            Page 1 of 1           Date Rcvd: Jan 23, 2017
                              Form ID: trc          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
13433608       +DLJ Mortgage Capital, Inc.,   c/o Select Portfolio Servicing,   3815 South West Temple,
                 Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    HSBC Bank USA, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor   GMAC Mortgage, LLC paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Linda K. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Robert H. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Robert H. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Linda K. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-14476-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert H. Slagle<br>640 Owl Hill Road<br>Lititz PA 17543 | Linda K. Slagle<br>640 Owl Hill Road<br>Lititz PA 17543 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/23/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115 | Wilmington Savings Fund Society, FSB<br>P.O. Box 52708<br>Irving, CA 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/25/17

Tim McGrath
**CLERK OF THE COURT**