Certificate Number: 12433-PAE-DE-029274630

Bankruptcy Case Number: 12-14476



12433-PAE-DE-029274630

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2017, at 2:28 o'clock PM EDT, Robert H. Slagle completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    May 18, 2017                          By:      /s/Candace Jones

Name:  Candace Jones

Title:   Counselor