Certificate Number: 12433-PAE-DE-029274631

Bankruptcy Case Number: 12-14476



12433-PAE-DE-029274631

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 18, 2017</u>, at <u>2:28</u> o'clock <u>PM EDT</u>, <u>Linda K. Slagle</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 18, 2017</u>          By:     <u>/s/Candace Jones</u>

                                  Name:  <u>Candace Jones</u>

                                  Title:  <u>Counselor</u>