IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ROBERT H. AND LINDA K. SLAGLE,            : Chapter 13

        debtor            : Case No. 12-14476

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

    Pursuant to 11 U.S.C. Section 1328(a), I certify that:

    ( X ) I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

    ( ) I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

    My current address: _____
    My current employer and my employer's address: _____
    _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

    Pursuant to 11 U.S.C. Section 1328(h), I certify that:

    ( X ) I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

    ( ) I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these

certifications is true and correct to the best of my knowledge and belief.

5/19/17
Date

*Robert H Slagle*
Debtor

5/19/17
Date

*Linda K. Slagle*
Debtor