IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Robert H. Slagle            : Chapter 13
        Linda K. Slagle,            :
             debtor    : Case No.  12-14476


**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

      Robert H. and Linda K. Slagle, Movants, have filed a Motion for Discharge Pursuant to 11 U.S.C. 1328(a) with the court.

      <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

      1.    If you do not want the court to grant the relief sought in the motion of if you want the court to consider your views on the motion, then on or before **October 20, 2017** you or your attorney must do <u>all</u> of the following:

            (a)    file an answer OR objection explaining your position at Clerk, U.S. Bankruptcy Court, 400 Washington Street, third floor, The Madison Bldg., Reading, PA  19601.  If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

            (b)    mail a copy to the movant's attorney:
                  John A. DiGiamberardino, Esquire
                  Case & DiGiamberardino, P.C.
                  845 N. Park Rd., Ste. 101
                  Wyomissing, PA  19610
                  610-372-9900   610-372-5469 - fax
                  Attorney for debtors

      2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.    A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **October 26, 2017** at 9:30 a.m. in courtroom 1, United States Bankruptcy Court, 400 Washington Street, third floor, The Madison Bldg., Reading, PA  19601.

      4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerks' service list and you request a copy from the attorney named in paragraph 1(b).

      5.    You may contact the Bankruptcy Clerk's Office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  10/6/17                                              s/John A. DiGiamberardino, Esquire