IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Robert H. Slagle | : Chapter 13 |
| | Linda K. Slagle, | : |
| | debtor | : Case No. 12-14476 |

**CERTIFICATE OF NO OPPOSITION**

    I, John A. DiGiamberardino, Esquire, attorney for debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the debtor's Motion for Discharge Pursuant to 11 U.S.C. 1328(a) and the debtor requests that the court grant the debtor's Motion, without hearing, as the Motion is uncontested.

Date: 10/23/17

                                        **CASE & DIGIAMBERARDINO, P.C.**

                          By:    s/John A. DiGiamberardino, Esquire
                                  Attorney I.D. #41268
                                  845 N. Park Rd., Ste. 101
                                  Wyomissing, PA 19610
                                  (610) 372-9900
                                  (610) 372-5469 - fax
                                  Attorney for debtor