IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Robert H. Slagle    : Chapter 13
           Linda K. Slagle,    :
                 debtor    : Case No. 12-14476

Social Security No. XXX-XX-3484
Social Security No. XXX-XX-1087

### DISCHARGE OF DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under Section 1328(a) of Title 11, United States Code, (the Bankruptcy Code).

BY THE COURT:

**Date: October 25, 2017**

_____
United States Bankruptcy Judge