*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert H. Slagle and Linda K. Slagle                    Chapter: 13

        Debtor(s)                                                                 Bankruptcy No: 12–14476–ref

___

## *ORDER*

**AND NOW,** the court having granted the debtor(s)' motion for a hardship discharge, it is hereby

**ORDERED that:**

1. 11/29/17 is fixed as the deadline for filing a complaint to determine the dischargeability of any debt pursuant to 11 U.S.C. § 523(a)(6).

2. The Clerk of Court shall send a copy of this order to the debtors, debtors' counsel, Chapter 13 Standing Trustee, all creditors and parties in interest.

3. The case shall remain **OPEN,** pending the completion of case administration by the Chapter 13 Trustee, the expiration of the time deadline set forth in Paragraph 2 and any proceedings commenced under 11 U.S.C. §523(a)(6).

Date: 10/25/17

                                                      Richard E. Fehling
                                                      Judge , United States Bankruptcy Court