United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-14476-ref
Robert H. Slagle                                                         Chapter 13
Linda K. Slagle
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith          Page 1 of 1          Date Rcvd: Oct 25, 2017
                             Form ID: pdf900      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db/jdb       +Robert H. Slagle,   Linda K. Slagle,   640 Owl Hill Road,   Lititz, PA 17543-8562
cr           +Cadles of West Virginia LLC,   100 North Center Street,   Newton Falls, OH 44444-1321
cr           ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE, LLC.,   PO Box 630267,   Irving, TX  75063)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: bncmail@w-legal.com Oct 26 2017 01:25:44   RICHARD S. RALSTON,
              Weinstein & Riley P. S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
cr           +E-mail/Text: gocadle@cadleco.com Oct 26 2017 01:25:46   Cadles of Grassy Meadows II, L.L.C.,
              100 North Center Street,   Newton Falls, OH 44444-1321
cr           +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2017 01:25:42   Midland Credit Management, Inc.,
              2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
cr           +E-mail/Text: bncmail@w-legal.com Oct 26 2017 01:25:44   Oak Harbor Capital VI, LLC,
              c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
                                                                                            TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor   HSBC Bank USA, N.A. ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   DLJ Mortgage Capital, Inc.
          bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JEROME B. BLANK    on behalf of Creditor   GMAC Mortgage, LLC paeb@fedphe.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Robert H. Slagle jad@cdllawoffice.com,
          dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Linda K. Slagle jad@cdllawoffice.com,
          dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Linda K. Slagle jad@cdllawoffice.com,
          dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Robert H. Slagle jad@cdllawoffice.com,
          dmk@cdllawoffice.com,reb@cdllawoffice.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wilmington Savings Fund Society, Et al...
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   DLJ Mortgage Capital, Inc.
          mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          THOMAS I. PULEO    on behalf of Creditor   Wilmington Savings Fund Society, Et al...
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        Robert H. Slagle            : Chapter 13
              Linda K. Slagle,           :
                        debtor           : Case No.  12-14476

Social Security No. XXX-XX-3484
Social Security No. XXX-XX-1087

### DISCHARGE OF DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under Section 1328(a) of Title 11, United States Code, (the Bankruptcy Code).

BY THE COURT:

**Date: October 25, 2017**

_____
United States Bankruptcy Judge