*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert H. Slagle and Linda K. Slagle

    Debtor(s)

Bankruptcy No: 12–14476–ref

Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. Order entered on 10/06/2017 granting Motion for Discharge Pursuant to 11 U.S.C. 1328(a) Filed by Linda K. Slagle, Robert H. Slagle.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/31/17