United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-14476-ref
Robert H. Slagle                                                    Chapter 13
Linda K. Slagle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet              Page 1 of 2              Date Rcvd: Oct 31, 2017
                              Form ID: pdf900           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
```
db/jdb         +Robert H. Slagle,    Linda K. Slagle,    640 Owl Hill Road,    Lititz, PA 17543-8562
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  NATIONSTAR MORTGAGE, LLC.,     PO Box 630267,    Irving, TX  75063)
12750180       +Apothaker & Associates, P.C.,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
12777177      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,     PO Box 15102,
                 Wilmington, DE 19886-5102)
12750181       +Bank of America,    c/o Margaret Gairo,    123 S. Broad St., Ste. 1400,    Phila. PA 19109-1060
13764893       +Cadles of West Virginia LLC,    100 North Center Street,    Newton Falls, OH 44444-1321
12750182       +Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
12750183       +Chase Bank,    Weltman, Weinberg & Reis, Co., LPA,    325 Chestnut Street, Suite 501,
                 Philadelphia, PA 19106-2605
13433608       +DLJ Mortgage Capital, Inc.,    c/o Select Portfolio Servicing,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
12750185       +Discover Bank,    c/o Northstar Location Services,    POB 49,    Bowmansville, NY 14026-0049
12750186       +FIA Card Services,    c/o Frederic I. Weinberg, Esq.,    Gordon & Weinberg, P.C.,
                 1001 E. Hector St., Ste. 220,    Conshohocken, PA 19428-2395
12868296       +GMAC Mortgage, LLC,    Phelan Hallinan & Schmieg LLP,    1617 JFK Boulevard,
                 Philadelphia, PA 19103-1821
12750189       +HSBC Bank,    Suite 0241,    Buffalo, NY 14280-0001
12873996       +HSBC Bank USA, N.A.,    McCabe, Wesberg & Conway, P.C.,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
12875984       +HSBC Bank USA, N.A.,    c/o Margaret Gairo,    123 S. Broad St., Ste. 1400,
                 Phila. PA 19109-1060
12769761       +John A. DiGiamberardino, Esquire,    845 N. Park Road,    Wyomissing, PA 19610-1342
12750191       +Midland Funding LLC,    c/o Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    POB 500,
                 Eatontown, NJ 07724-0500
12868181        RESIDENTIAL FUNDING COMPANY, LLC,    GMAC MORTGAGE, LLC,    ATTN: BANKRUPTCY DEPARTMENT,
                 1100 VIRGINIA DRIVE,    FORT WASHINGTON, PA 19034-3277
13715294        TOYOTA LEASE TRUST,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
12750193      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,     P.O. Box 17187,
                 Baltimore, MD 21297-0511)
12801418        Toyota Lease Trust,    PO Box 8026,    Cedar Rapids, Iowa   52408-8026
12819748        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13490425       +Wilmington Savings Fund Society, Et al...,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
13854945        Wilmington Savings Fund Society, FSB,    P.O. Box 52708,    Irving, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: bncmail@w-legal.com Nov 01 2017 01:30:07      RICHARD S. RALSTON,
                 Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg            +E-mail/Text: robertsl2@dnb.com Nov 01 2017 01:30:08      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2017 01:29:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2017 01:30:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2017 01:30:03      Midland Credit Management, Inc.,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13691351       +E-mail/Text: gocadle@cadleco.com Nov 01 2017 01:30:11      Cadles of Grassy Meadows II, L.L.C.,
                 Attention:  WWL90196,    100 North Center Street,    Newton Falls, OH 44444-1321
13691348       +E-mail/Text: gocadle@cadleco.com Nov 01 2017 01:30:11      Cadles of Grassy Meadows II, L.L.C.,
                 100 North Center Street,    Newton Falls, OH 44444-1321
12750184       +E-mail/Text: BKRMailOps@weltman.com Nov 01 2017 01:30:05      Discover Bank,
                 c/o Weltman, Weinberg & Reis Co.,    325 Chestnut St., Suite 501,    Philadelphia, PA 19106-2605
12754056        E-mail/Text: mrdiscen@discover.com Nov 01 2017 01:29:47      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12750187       +E-mail/Text: bankruptcy@fult.com Nov 01 2017 01:30:27      Fulton Bank,    1695 State St.,
                 East Petersburg, PA 17520-1328
12790652       +E-mail/Text: bankruptcy@fult.com Nov 01 2017 01:30:27      Fulton Bank N A,    P O Box 432,
                 East Petersburg, PA 17520-0432
12750188        E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2017 01:29:47      GMAC Mortgage,    POB 9001719,
                 Louisville, KY 40290-1719
12750190       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2017 01:23:36      Lowe's,    c/o GE Money Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0313-4          User: Violet              Page 2 of 2                  Date Rcvd: Oct 31, 2017
                              Form ID: pdf900           Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
12757032       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2017 01:30:03     Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
12756239       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2017 01:30:03     Midland Funding LLC,
                 Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12750192       +E-mail/Text: notices@burt-law.com Nov 01 2017 01:30:24     Midland Funding LLC,
                 c/o Burton Neil & Associates,    1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5601
12831397       +E-mail/Text: bncmail@w-legal.com Nov 01 2017 01:30:08     OAK HARBOR CAPITAL VI, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12841850       +E-mail/Text: bncmail@w-legal.com Nov 01 2017 01:30:08     Oak Harbor Capital VI, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12855446        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2017 01:30:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Cadles of Grassy Meadows II, L.L.C.,    100 North Center Street,    Newton Falls, OH 44444-1321
cr*            +Cadles of West Virginia LLC,    100 North Center Street,    Newton Falls, OH 44444-1321
cr*            +Oak Harbor Capital VI, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13764894*      +Cadles of West Virginia LLC,    100 North Center Street,    Newton Falls, OH 44444-1321
13334776*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
12841852*      +Oak Harbor Capital VI, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
                                                                                              TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    HSBC Bank USA, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    GMAC Mortgage, LLC paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Robert H. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Linda K. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Linda K. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Plaintiff Robert H. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Robert H. Slagle and Linda K. Slagle
    Debtor(s)

Bankruptcy No: 12−14476−ref
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. Order entered on 10/06/2017 granting Motion for Discharge Pursuant to 11 U.S.C. 1328(a) Filed by Linda K. Slagle, Robert H. Slagle.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/31/17

65 − 61
Form 138_new