*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert H. Slagle and Linda K. Slagle

    Debtor(s)                          Bankruptcy No: 12–14476–ref

                                                   Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

         400 Washington Street
         Suite 300
         Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                    For The Court

                                                    Timothy B. McGrath
                                                    Clerk of Court

Dated: 11/20/17

                                                                  69 – 68
                                                               Form 138_new