United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-14476-ref
Robert H. Slagle                                                    Chapter 13
Linda K. Slagle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith        Page 1 of 2        Date Rcvd: Nov 20, 2017
                           Form ID: 138NEW     Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
```
db/jdb      +Robert H. Slagle,   Linda K. Slagle,   640 Owl Hill Road,   Lititz, PA 17543-8562
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: NATIONSTAR MORTGAGE, LLC.,   PO Box 630267,   Irving, TX  75063)
12750180    +Apothaker & Associates, P.C.,   520 Fellowship Road C306,   Mount Laurel, NJ 08054-3410
12777177    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,
             Wilmington, DE 19886-5102)
12750181    +Bank of America,   c/o Margaret Gairo,   123 S. Broad St., Ste. 1400,   Phila. PA 19109-1060
13764893    +Cadles of West Virginia LLC,   100 North Center Street,   Newton Falls, OH 44444-1321
12750182    +Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083
12750183    +Chase Bank,   Weltman, Weinberg & Reis, Co., LPA,   325 Chestnut Street, Suite 501,
             Philadelphia, PA 19106-2605
13433608    +DLJ Mortgage Capital, Inc.,   c/o Select Portfolio Servicing,   3815 South West Temple,
             Salt Lake City, UT 84115-4412
12750185    +Discover Bank,   c/o Northstar Location Services,   POB 49,   Bowmansville, NY 14026-0049
12750186    +FIA Card Services,   c/o Frederic I. Weinberg, Esq.,   Gordon & Weinberg, P.C.,
             1001 E. Hector St., Ste. 220,   Conshohocken, PA 19428-2395
12868296    +GMAC Mortgage, LLC,   Phelan Hallinan & Schmieg LLP,   1617 JFK Boulevard,
             Philadelphia, PA 19103-1821
12750189    +HSBC Bank,   Suite 0241,   Buffalo, NY 14280-0001
12873996    +HSBC Bank USA, N.A.,   McCabe, Wesberg & Conway, P.C.,   123 South Broad Street,   Suite 2080,
             Philadelphia, PA 19109-1031
12875984    +HSBC Bank USA, N.A.,   c/o Margaret Gairo,   123 S. Broad St., Ste. 1400,
             Phila. PA 19109-1060
12769761    +John A. DiGiamberardino, Esquire,   845 N. Park Road,   Wyomissing, PA 19610-1342
12750191    +Midland Funding LLC,   c/o Hayt, Hayt & Landau, LLC,   Two Industrial Way West,   POB 500,
             Eatontown, NJ 07724-0500
12868181    +RESIDENTIAL FUNDING COMPANY, LLC,   GMAC MORTGAGE, LLC,   ATTN: BANKRUPTCY DEPARTMENT,
             1100 VIRGINIA DRIVE,   FORT WASHINGTON, PA 19034-3277
13715294     TOYOTA LEASE TRUST,   C/O BECKET AND LEE LLP,   PO BOX 3001,   MALVERN, PA 19355-0701
12750193    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   P.O. Box 17187,
             Baltimore, MD 21297-0511)
12801418     Toyota Lease Trust,   PO Box 8026,   Cedar Rapids, Iowa  52408-8026
12819748     Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
13490425    +Wilmington Savings Fund Society, Et al...,   KML Law Group, P.C.,   701 Market Street,
             Suite 5000,   Philadelphia, PA 19106-1541
13854945     Wilmington Savings Fund Society, FSB,   P.O. Box 52708,   Irving, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         +E-mail/Text: bncmail@w-legal.com Nov 21 2017 01:41:14   RICHARD S. RALSTON,
             Weinstein & Riley P. S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
smg         +E-mail/Text: roberts12@dnb.com Nov 21 2017 01:41:14   Dun & Bradstreet, INC,
             3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2017 01:41:06
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2017 01:41:16   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2017 01:41:11   Midland Credit Management, Inc.,
             2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
13691351    +E-mail/Text: gocadle@cadleco.com Nov 21 2017 01:41:15   Cadles of Grassy Meadows II, L.L.C.,
             Attention: WWL90196,   100 North Center Street,   Newton Falls, OH 44444-1321
13691348    +E-mail/Text: gocadle@cadleco.com Nov 21 2017 01:41:15   Cadles of Grassy Meadows II, L.L.C.,
             100 North Center Street,   Newton Falls, OH 44444-1321
12750184    +E-mail/Text: BKRMailOps@weltman.com Nov 21 2017 01:41:13   Discover Bank,
             c/o Weltman, Weinberg & Reis Co.,   325 Chestnut St., Suite 501,   Philadelphia, PA 19106-2605
12754056     E-mail/Text: mrdiscen@discover.com Nov 21 2017 01:40:55   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
12750187    +E-mail/Text: bankruptcy@fult.com Nov 21 2017 01:41:34   Fulton Bank,   1695 State St.,
             East Petersburg, PA 17520-1328
12790652    +E-mail/Text: bankruptcy@fult.com Nov 21 2017 01:41:34   Fulton Bank N A,   P O Box 432,
             East Petersburg, PA 17520-0432
12750188     E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2017 01:40:55   GMAC Mortgage,   POB 9001719,
             Louisville, KY 40290-1719
12750190    +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2017 01:47:27   Lowe's,   c/o GE Money Bank,
             Attn: Bankruptcy Dept.,   P.O. Box 103104,   Roswell, GA 30076-9104
```

```
District/off: 0313-4          User: Keith          Page 2 of 2          Date Rcvd: Nov 20, 2017
                             Form ID: 138NEW        Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12757032      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2017 01:41:11      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
12756239      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2017 01:41:11      Midland Funding LLC,
               Midland Credit Management, Inc.,   2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
12750192      +E-mail/Text: notices@burt-law.com Nov 21 2017 01:41:31      Midland Funding LLC,
               c/o Burton Neil & Associates,   1060 Andrew Drive, Suite 170,   West Chester, PA 19380-5601
12831397      +E-mail/Text: bncmail@w-legal.com Nov 21 2017 01:41:14      OAK HARBOR CAPITAL VI, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12841850      +E-mail/Text: bncmail@w-legal.com Nov 21 2017 01:41:14      Oak Harbor Capital VI, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
12855446       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2017 02:14:35
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
                                                                                    TOTAL: 19


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Cadles of Grassy Meadows II, L.L.C.,   100 North Center Street,   Newton Falls, OH 44444-1321
cr*           +Cadles of West Virginia LLC,   100 North Center Street,   Newton Falls, OH 44444-1321
cr*           +Oak Harbor Capital VI, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
13764894*     +Cadles of West Virginia LLC,   100 North Center Street,   Newton Falls, OH 44444-1321
13334776*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
               Lewisville, TX 75067)
12841852*     +Oak Harbor Capital VI, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
                                                                          TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
```
              ANN E. SWARTZ   on behalf of Creditor   HSBC Bank USA, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              DENISE ELIZABETH CARLON   on behalf of Creditor   DLJ Mortgage Capital, Inc.
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JEROME B. BLANK   on behalf of Creditor   GMAC Mortgage, LLC paeb@fedphe.com
              JOHN A. DIGIAMBERARDINO   on behalf of Debtor Robert H. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO   on behalf of Joint Debtor Linda K. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO   on behalf of Plaintiff Linda K. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO   on behalf of Plaintiff Robert H. Slagle jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Wilmington Savings Fund Society, Et al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT   on behalf of Creditor   DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              THOMAS I. PULEO   on behalf of Creditor   Wilmington Savings Fund Society, Et al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 13
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Robert H. Slagle and Linda K. Slagle

              Debtor(s)
                                                Bankruptcy No: 12−14476−ref

                                                Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

            400 Washington Street
            Suite 300
            Reading, PA 19601

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                          For The Court

                                          Timothy B. McGrath
                                          Clerk of Court

Dated: 11/20/17